UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA URSUA-HOLMES, </br>      Plaintiff, </br> v. </br> CAROLYN W. COLVIN, </br> Acting Commissioner of Social Security, </br>      Defendant. | Case No.: 1:15-cv-00843 - JLT </br></br> ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

    Plaintiff Teresa Ursua-Holmes seeks judicial review of an administrative decision denying her claim for Social Security benefits. (Doc. 3.) Plaintiff filed a motion to proceed *in forma pauperis* with her complaint on June 3, 2015. (Doc. 1.)

    The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

    According to her application, Plaintiff is not employed and has not been employed for the past twelve months. (Doc. 1 at 1.) However, Plaintiff has a retirement income of $600 per month and began receiving spousal support paymnets of $1,500 per month in February 2015. (*Id.*) In addition, Plaintiff began receiving food stamps in the amount of $112 per month in February 2015. (*Id.*)

1

Although Plaintiff reports she has only $100 in savings, she does identify any monthly expenses such as rent, mortgage, or car payments. (*Id.* at 1-2.) Further, Plaintiff does not report that she has anyone depending on her for support. Consequently, the Court is unable to determine why Plaintiff's income is not sufficient for her to pay the filing fee, even if installments.

Accordingly, within fourteen days of this order Plaintiff is **ORDERED** to file an amended application that includes information related to Plaintiff's monthly expenses. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **June 5, 2015**               **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE