UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA URSUA-HOLMES,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:15-cv-00843 - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY HER MOTION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED |

The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Thus, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177, 1178 (9th Cir. 1999).

The Ninth Circuit has held "permission to proceed in forma pauperis is itself a matter of privilege and not a right; denial of an in forma pauperis status does not violate the applicant's right to due process." *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984) (citing *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963)). In addition, the Court has broad discretion to grant or deny a motion to proceed IFP. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Weller*, 314 F.2d at 600-01. In making a determination, the Court "must be careful to avoid construing the statute so narrowly that a

litigant is presented with a Hobson's choice between eschewing a potentially meritorious claim or foregoing life's plain necessities." *Temple v. Ellerthorpe,* 586 F.Supp. 848, 850 (D.R.I. 1984).

Plaintiff attest that she is not employed and has not been employed for the past twelve months. (Doc. 1 at 1.) However, Plaintiff has a retirement income of $600 per month and began receiving spousal support payments of $1,500 per month in February 2015. (*Id.*) In addition, Plaintiff has received food stamps in the amount of $112 per month since February 2015. (*Id.*)

Plaintiff reports that her monthly expenses (including rent, food, gas, medication, personal hygiene, insurance, and phone bill) total $1,199 per month. (Doc. 5 at 3.) In addition, Plaintiff makes payments on her credit card in the amount of $400 per month. (*Id.*) Thus, Plaintiff's income exceeds her expenses by more than $600 per month.

**ORDER**

As noted above, Plaintiff has not demonstrated an inability to provide herself with life's necessities while still paying her court costs. Thus, the Court **ORDERS**:

1. Within 21 days, Plaintiff SHALL show cause in writing why her motion to proceed in forma pauperis should not be denied.

**Plaintiff is advised that her failure to respond timely to this order will result in a recommendation that her motion to proceed in forma pauperis be denied.**

IT IS SO ORDERED.

Dated:   **June 16, 2015**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE