UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA URSUA-HOLMES,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:15-cv-00843 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JUNE 16, 2015 AND TERMINATING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ORDER DIRECTING THE CLERK TO ISSUE THE SUMMONS AND NEW CASE DOCUMENTS |

On June 16, 2015, the Court ordered Plaintiff to show cause why her motions to proceed in forma pauperis should not be denied, given her reported income and expenses. (Doc. 6.) In response, on June 27, 2015, Plaintiff paid the filing fee. Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Order to Show Cause dated June 16, 2015 is **DISCHARGED**;

    2.    Plaintiff's motions to proceed in forma pauperis are terminated as **MOOT**; and

    3.    The Clerk of Court is directed to issue the summons and new case documents.

IT IS SO ORDERED.

Dated:  **June 30, 2015**                **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE