UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA URSUA-HOLMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00843- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 18) |

On March 7, 2016, the parties filed a stipulation for an extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 18) The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 8-1 at 4), and this is the first extension requested by the parties. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file serve a response to Plaintiff's opening brief on or before **April 10, 2016**.

IT IS SO ORDERED.

Dated: __March 7, 2016__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE