**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA URSUA-HOLMES,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:15-cv-00843 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On November 2, 2016, Plaintiff Teresa Ursua-Holmes and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d).  (Doc. 25)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**:   fees in the amount of $3,124.00 is **AWARDED** to Plaintiff, Teresa Ursua-Holmes.

IT IS SO ORDERED.

Dated:   **November 7, 2016**                     **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE